UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donald Street,

       Plaintiff,                       Case No. 04-72866

v.                                     Hon. Nancy G. Edmunds

Commissioner of Social Security,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any,  the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation.  Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's motion for summary judgement is DENIED; Plaintiff's motion to remand pursuant to sentence four of 42 U.S.C. § 405(g) is DENIED; and Defendant's motion for summary judgment is DENIED.  This matter is hereby REMANDED to the Secretary of Health and Human Services pursuant to sentence six of 42 U.S.C. § 405(g).

                                     s/Nancy G. Edmunds
                                     Nancy G. Edmunds
                                     United States District Judge

Dated:  September 7, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 7, 2005, by electronic and/or ordinary mail.

                                   s/Carol A. Hemeyer
                                   Case Manager